# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 405
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS

January 24, 2019

Hon. Robert D. Drain
United States Bankruptcy Court – SDNY
300 Quarropas Street
White Plains, NY 10601

        **RE:  Notice of Adjournment**
        **In Lawrence Stone & Selya Stone Chapter 13**
        <u>**S.D.N.Y. Case No. 18-23059 (rdd)**</u>

Dear Honorable Judge Drain:

    Please be advised this law office represents Debtors, **Lawrence Stone and Selya Stone**, in regard to the filing of a Chapter 13 bankruptcy.

    On consent of all parties, it has been agreed that all matters scheduled for January 30, 2019 be adjourned to **February 13, 2019 at 10:00 AM.** This adjournment has been made with permission from Mr. Arturo Taveras of your Honor's Chambers.

Thank you for your kind attention to this matter.

                                    Very truly yours,

                                    <u>/s/ Melissa Showers</u>
                                    Melissa Showers